IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 20-mj-8169-GCS ) |
| JASMINE M. CRAWFORD, | ) Title 18 United States Code ) Sections 1512(c)(1) |
| Defendant. | ) ) |

## CRIMINAL COMPLAINT

I, Nicholas J. Manns, Inspector with the Illinois State Police (ISP), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### (Obstruction of Justice)

On or about August 13, 2020, in St. Clair County, within the Southern District of Illinois, the defendant,

### JASMINE M. CRAWFORD

did corruptly attempt to alter a record, being a video recording, with the intent to impair its integrity and availability for use in an official proceeding, in violation of Title 18, United States Code, Section 1512(c)(1).

### AFFIDAVIT

Your Affiant, Nicholas J. Manns, further states I am an Inspector with the Illinois State Police (ISP), currently assigned as the Director of the Public Safety Enforcement Group (PSEG) in East St. Louis, Illinois. I have been so employed for just more than six months, having 25 years prior experience as a federal law enforcement officer and three years prior experience as a

Detective in the state of Illinois. As such, I have conducted hundreds of felony investigations.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. The information provided is intended to establish probable cause for the requested warrant and is not intended to provide all of the information known to me about this investigation. In support of this Complaint, your Affiant states as follows:

1. On Friday, August 14, 2020, East St. Louis Police Department (ESLPD) Sergeant Carlos Coleman was dispatched to 1709 North 43rd Street in East St. Louis, St. Clair County, Illinois to take a report of an Aggravated Kidnapping of Kein W. Eastman (a black male, date of birth March 27, 1984). During the call for service, Sergeant Coleman spoke with the owner of the residence and Kein's grandmother, Charlene R. Eastman (an 80-year-old Native American female), who advised Kein was taken from her residence at gunpoint on the day prior, August 13. Charlene was present in her residence at the time and heard the kidnapping, but did not see it, as she was in another room. Charlene told Sergeant Coleman she heard a male voice telling Kein, "I want my shit" on multiple occasions. Kein was taken from the house and had not been seen or heard from since.

2. During the week of August 24, 2020, I was contacted by Kein's estranged wife, Makita Eastman (a 41-year-old black female), who asked for assistance in locating Kein. I then spoke with ESLPD Detective Ronald McClellan, who advised investigation of Kein's kidnapping was pending with the case unsolved.

3. Beginning on August 28, 2020, PSEG personnel began an extensive investigation of Kein's kidnapping, which included dozens of interviews of family members, friends, and witnesses, along with the acquisition and review of corroborating videos, documents, and records, to include cellular telephone records and associated "cell site" data. From that investigation, PSEG personnel determined Kein was kidnapped from Charlene's house

2

during the early evening hours of August 13 by Kenwyn L. Frazier (a 36-year-old black male), also known as "Kae" and "Kae Killa," and taken to an apartment located at 1279 Kansas Avenue (in the Norman E. Owens Apartments) in East St. Louis, St. Clair County. That apartment was the residence of Loletha "Lola" Eckford (a 40-year-old black female), with whom Kein was once involved in a relationship and had a child.

4. Investigation also determined Kenwyn had been at Lola's apartment that day (August 13) visiting Lola and her niece, Jasmine M. Crawford (a black female, date of birth January 18, 1998). At some point that day, Kenwyn and Jasmine went to sleep on the couch. While they were asleep, Kein arrived at the house to visit Lola and his child. After a short time, Kein left. When Kenwyn awoke, he found his "grillz" (a jeweled decorative mouthpiece) was missing and learned from Lola that Kein had been in the apartment. Based on that, Kenwyn left and subsequently located and kidnapped Kein from Charlene's residence sometime during the early evening hours. PSEG personnel learned that Kenwyn kidnapped Kein because he suspected Kein took / stole his grillz. Kenwyn then returned Kein to Lola's residence and made him look for the grillz, but Kein did not locate it.

5. On Tuesday, September 15, 2020, I learned that Lola had a "Ring Video Doorbell" affixed near the front door of her apartment which was in operation on August 13. I knew that the Ring Video Doorbell was a device which acted as a doorbell and security camera with audio and video functionality, capable of transmitting recordings to a Ring computer server. I also knew that a subscriber / account holder for Ring LLC (owned by Amazon) services received access to those videos, typically via their cellular telephone or computer. I obtained Lola's Ring account information. On the same date, PSEG Special Agent (SA) Virgil Perkins sought and obtained a search warrant issued by the Circuit Court, Twentieth Judicial District, St. Clair County, Illinois. SA Perkins served that search warrant on Ring LLC in Santa Monica, California, requesting Lola's account information and any and all

recorded content for Lola's Ring Video Doorbell for August 13 and 14, 2020.

6. On Thursday, September 24, SA Perkins received the recordings and records associated with Lola's Ring Video Doorbell pursuant to that search warrant. PSEG Master Sergeant Tyson Melvin, SA Perkins, and I reviewed those videos and developed the following timeline of events at Lola's apartment (1279 Kansas) on August 13, 2020:

   6:51 p.m. – Kenwyn (whom we identified from known photographs) left the apartment alone in a newer model gray Dodge Durango.

   7:09 p.m. – Kenwyn returned to the apartment in the gray Dodge Durango. Kein (whom we identified from known photographs) was with him. Kenwyn, who had a black semiautomatic handgun in his right hand, followed Kein into the apartment.

   7:21 p.m. – Lola and Jasmine were on the front porch and Jasmine commented, "If he doesn't find it then …" Nothing more was said.

   7:27 p.m. – Kenwyn exited the apartment and asked Jasmine for her "phone." Jasmine entered the apartment, retrieved her cellular telephone, and took it to Kenwyn who was standing near the gray Dodge Durango. Kenwyn took the cellular telephone and appeared to send a text message. Thereafter Kenwyn re-entered the apartment.

   8:12 – 8:14 p.m. – Kenwyn exited the apartment and used the cellular telephone of Lola's sister to call someone, after which he eventually re-entered the apartment.

   8:32 p.m. – Kenwyn's brother, Kendrick A. Frazier (a 34-year-old black male), also known as "Fattz" and "Fattz Da Dondada" (whom we identified from known photographs) arrived at the apartment and spoke outside with Kenwyn.

   8:38 p.m. – Jasmine exited the apartment and spoke with Kenwyn and Kendrick. Eventually Kenwyn and Kendrick entered the apartment.

   8:41 p.m. – Jasmine entered the apartment.

   8:44 p.m. – Jasmine exited the apartment with Lola and Kein's infant son. Immediately

thereafter a commotion is heard inside of the apartment, after which Kendrick exited holding Kein by the shirt and yelling, "Take us to our shit," with Kenwyn following behind. Kendrick appeared to have an object (believed to be a handgun) in his right hand. As they walked out, Kein tried to run, but Kendrick held him. Kein was taken to the front of the neighbor's yard where he was ordered to lay on the ground. Kein was heard begging, "On my momma, I ain't got your shit" while Kenwyn and Kendrick stood over him. Immediately thereafter Kendrick appeared to shoot Kein with a gunshot heard.

PSEG interviews of witnesses revealed Kein was observed bleeding heavily from the face immediately thereafter. In addition, during a later search of the area where Kein was observed to be shot on the Ring video, PSEG personnel and ISP Crime Scene Investigators located a spent .45 caliber shell casing.

7. As I watched the Ring video from 8:44 p.m., I observed Jasmine walk in close proximity to Kenwyn and Kendrick as they stood over Kein just prior to the shooting. Jasmine then re-entered Lola's apartment with Lola and Kein's infant son. As Jasmine opened the front door and entered, she looked directly at the Ring Video Doorbell, then closed the front door behind her. Immediately thereafter the gunshot is heard. I also watched the Ring video from 8:45 p.m. and observed Kein stand up and run off, after which Kendrick and Kenwyn move toward the gray Dodge Durango. At the same time, I observed Lola's porch light go off, immediately after which Jasmine opened the front door while looking at the Ring Video Doorbell as its infrared light activated. I then observed Jasmine take some type of cloth rag and cover the Ring Video Doorbell with her left hand. After just less than one minute, Jasmine removed the cloth rag, at which time the gray Dodge Durango, along with Kenwyn and Kendrick, were gone.

8. On Tuesday, September 22, 2020, SA Perkins and PSEG SA Derek Weh interviewed

5

Jasmine at her home in Kentucky. During the interview, Jasmine acknowledged she was at Lola's apartment on August 13 when Kein came to the apartment. Jasmine also acknowledged she heard a commotion and argument in the apartment involving Kein and another individual (Kenwyn), whom Jasmine denied knowing. At first, Jasmine denied hearing any gunshots. After Jasmine was shown some of the Ring videos, she admitted she heard a gunshot and admitted another individual (Kendrick), whom she denied knowing, arrived at the apartment prior to the gunshot. Jasmine claimed both individuals were friends of Lola. When confronted with the fact that she was observed talking with Kenwyn, Jasmine still denied knowing him and claimed he was likely talking to her because he liked her. Jasmine was shown the Ring video of her covering the Ring Video Doorbell with a cloth rag, after which she told SA Perkins and Weh she covered the camera because "there was a whole bunch of shit that just went down out there." Jasmine eventually said she had no additional information to provide.

9. On Friday, October 16, 2020, I spoke with Jasmine via her cellular telephone and told her a Federal Grand Jury (FGJ) subpoena had been issued, requiring her to appear before the FGJ for the Southern District of Illinois on October 20, 2020. Jasmine indicated she understood, after which I took a photograph of the FGJ subpoena and texted it to Jasmine's cellular telephone number. Within minutes, I received a text which read, "I got it." On Sunday, October 18, 2020, I received a text message from Jasmine's cellular telephone which indicated her aunt died and she was "dealing with family." Thereafter I had no contact with Jasmine despite attempts to contact her via text messages and telephone calls.

10. I obtained and reviewed a National Crime Information Center (NCIC) Criminal History Record for Jasmine and observed two arrests and charges from Kentucky for Failure to Appear on traffic violations in 2018 and 2019.

11. To date, Kein has not been found, nor heard from.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Nicholas J. Manns*
Nicholas J. Manns,
Illinois State Police

State of Illinois      )
                       )  SS.
County of St. Clair    )

Sworn to before me and subscribed in my presence on the 16th day of November 2020, at East St. Louis, Illinois.

GILBERT SISON
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

*Ali Summers*
Ali Summers
Assistant United States Attorney

7